JMH:AT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

WILLIAM BARTELL,

              Defendant

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**FILED UNDER SEAL**

AFFIDAVIT AND COMPLAINT
IN SUPPORT OF AN ARREST
WARRANT

(18 U.S.C. § 2113(a))

21 MJ 1358

EASTERN DISTRICT OF NEW YORK, SS:

      CHRISTOPHER HARPER, being duly sworn, deposes and states that he is a Special Agent with the Federal Bureau of Investigation, duly appointed according to law and acting as such.

      On or about November 17, 2021, within the Eastern District of New York, the defendant WILLIAM BARTELL did knowingly and intentionally take and attempt to take by force, violence and intimidation, from the person and presence of another, money belonging to and in the care, custody, control, management and possession of a bank or other financial institution, to wit: Alma Bank, the deposits of which are insured by the Federal Deposit Insurance Corporation.

      (Title 18, United States Code, Section 2113(a))

      The source of your deponent's information and the grounds for his belief are as follows:[1]

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

1.	I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been involved in the investigation of numerous bank robberies. I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the investigative file, including the defendant's criminal history record; and from reports of law enforcement officers involved in the investigation.

2.	On or about November 17, 2021, at approximately 5:50 p.m., the defendant WILLIAM BARTELL entered the branch of Alma Bank located at 28-20 Ditmars Boulevard, Queens, New York (the "Bank"). BARTELL proceeded to a teller, stated "This is not a joke. Read the note and give me the money" and passed a demand note (the "Demand Note") to the teller. The Demand Note stated, "You know what this is. This is not a game! Hundreds fiftys twentys and tens. No dye packs no tracers". Shortly thereafter, the teller handed BARTELL approximately $337 in United States currency. BARTELL took the money and fled the Bank.

3.	Members of the New York City Police Department ("NYPD") responded to the scene and recovered the Demand Note and another paper left by BARTELL. Members of the NYPD also received stills of surveillance video of the robbery.

4.	I have reviewed stills from the surveillance video, and the physical appearance of the robber depicted in the surveillance video is consistent with the age, race, and appearance that law enforcement has on file for the defendant WILLIAM BARTELL. The robber also left a withdrawal slip at the scene with the name "William Bartell" signed.

5.	The defendant WILLIAM BARTELL was arrested by law enforcement for bank robbery on December 1, 2021. BARTELL was advised of his Miranda rights and voluntarily waived them in writing and orally. After waiving his Miranda rights, BARTELL

admitted that he robbed the Bank on November 17, 2021, and under a picture of the Demand Note that was left at the Bank, BARTELL wrote "This is my note I past [sic]" and signed the name "William Bartell".   BARTELL also signed the name "William Bartell" under a picture of the withdrawal slip that was left at the Bank and signed "William Bartell" under a video still of BARTELL at the Bank, writing "That's me in bank".

6. I have confirmed that the deposits of Alma Bank are insured by the Federal Deposit Insurance Corporation.

WHEREFORE, your deponent respectfully requests that the defendant WILLIAM BARTELL, be dealt with according to law.

_____
CHRISTOPHER HARPER
Special Agent
Federal Bureau of Investigation

Sworn to before me this
2nd day of December, 2021

*Lois Bloom*
_____
THE HONORABLE LOIS BLOOM
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK